IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

CASE NO. 4:13-MJ-1063

FILED IN OPEN COURT
ON 10/16/2013
Julie A. Richards, Clerk
US District Court
Eastern District of NC

UNITED STATES OF AMERICA )
)   ORDER FOR DISMISSAL
v. )   WITHOUT PREJUDICE
)
Pedro Xavier Lebron Clausell )
)

The GOVERNMENT moves for dismissal without prejudice of the captioned case for the following reason: prosecutorial discretion

SCOTT W. ISEMAN
Special Assistant US Attorney
Criminal Division
Joint Law center
PSC Box 8007
MCAS Cherry Point, NC 28533
252-466-6457

Leave for dismissal is granted and it is hereby ORDERED that the captioned case be dismissed without prejudice.

This the 16 day of October, 2013.

United States Magistrate Judge